# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**White Star Petroleum Holdings, LLC,** *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 19 – 11179 (BLS)<br>(Jointly Administered)<br><br>NOTICE OF APPOINTMENT OF<br>COMMITTEE OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Baker Hughes Oilfield Operations LLC**, Attn: Kristin McLaurin, 2001 Rankin Road, Houston, TX 77073, Phone: (713) 879-1033.

2. **Halliburton Energy Services, Inc.**, Attn: Steve Reames, 2601 E. Belt Line Rd., #1A201, Carrollton, TX 75006, Phone: (972) 418-3221.

3. **Latshaw Drilling Co.,** Attn: Trent Latshaw, PO Box 691017, Tulsa, OK 74103, Phone: (918) 236–2805.

4. **Pyramid Tubular Products, LLC,** Attn: Ted Bigelow, 2 Northpoint Drive, Ste 610, Houston, TX 77060, Phone: (281) 405-8090.

5. **Wilmington Trust, National Association,** Attn: Peter Finkel, 50 South Sixth Street, Suite 1290, Minneapolis, Minnesota 55401, Phone: (612) 217-5629.

ANDREW R. VARA
Acting United States Trustee, Region 3

*/s/  Linda Richenderfer* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 10, 2019

Attorney assigned to this Case:  Linda Richenderfer, Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel:  Derek Abbott, Phone: (302) 658-9200, Fax: (302) 658-3989