## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE STAR PETROLEUM HOLDINGS, LLC. *et al.*, | ) ) | Case No. 19-11179 (BLS) |
| | ) | |
| Debtors. | ) ) | |

### ORDER TRANSFERRING VENUE

It is hereby **ORDERED** that the above-captioned cases are hereby **TRANSFERRED** to the United States Bankruptcy Court for the Western District of Oklahoma.

By the Court:

Dated: June 20, 2019

*[signature]*

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE